# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:04-cr-0375-RLH-GWF |
| vs. ) | **O R D E R** |
| ) | (Motion for Reduction–#123) |
| CARLOS JAVIER LOPEZ, ) | |
| Defendant. ) | |

Defendant filed a letter, which the Court considered as a Motion for Reduction of Sentence Under 18 U.S.C. §3582(c)(2) (#123). The Court appointed the Federal Public Defender to represent Defendant Lopez (#124). The Federal Public Defender undertook the representation of Defendant Carlos Lopez and reviewed the file. Upon review of the file, the Federal Public Defender, on behalf of Defendant Lopez, filed a Notice of Intent Not To Proceed Under 18 USC 3582 (#126), finding that Defendant Lopez's "overall sentence will not be affected by any of the changes contemplated by 18 USC 3582(c)."

IT IS THEREFORE ORDERED that Defendant's letter Motion for Reduction of Sentence Under 18 U.S.C. §3582(c)(2) (#123) is DENIED.

Dated: June 15, 2012.

_____
**Roger L. Hunt
United States District Judge**